THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM McKOBY,

Plaintiff,

v.

JAY ROBERT INSLEE *et al.*,

Defendants.

CASE NO. C19-2072-JCC

ORDER

This matter comes before the Court *sua sponte*. On December 27, 2019, the Court, having reviewed Plaintiff's *in forma pauperis* complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), found that Plaintiff had failed to state a claim upon which relief could be granted because he had not demonstrated that he had standing to bring his lawsuit. (*See* Dkt. No. 5.) The Court ordered Plaintiff to file an amended complaint curing the deficiencies identified by the Court within 14 days of the date the Court's order was issued. (*Id*. at 3.) Plaintiff filed an amended complaint on January 10, 2020. (*See* Dkt. No. 6.) The amended complaint reiterates his claims regarding the differences between federal and Washington law in defining the terms "motor vehicle" and "commercial" but does not demonstrate that he has suffered an injury sufficient to support his standing to bring this action. *See Spokeo, Inc. v. Robins*, 136 S. Ct. 1540, 1548 (2016); *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 409 (2013); (*see generally* Dkt. No. 6). As Plaintiff's amended complaint fails to cure the deficiencies previously identified by the Court, the Court

hereby DISMISSES Plaintiff's complaint and this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)B). The Clerk is DIRECTED to close this case.

DATED this 14th day of January 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE